# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF KANSAS
# TOPEKA DIVISION

| | |
|---|---|
| THE STATE OF KANSAS, ex rel., DEREK SCHMIDT, ATTORNEY GENERAL<br><br>*Plaintiff,*<br><br>v.<br><br>ELI LILLY AND COMPANY; et al.,<br><br>*Defendants.* | Case No. 5:23-cv-04002-EFM-RES |

## EVERNORTH HEALTH, INC.'S MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Evernorth Health, Inc. ("Evernorth") moves to dismiss Plaintiff's claims against Evernorth on the grounds that the Court lacks personal jurisdiction over it.

As discussed more fully in the accompanying Brief in Support, Plaintiff fails to allege facts that give rise to a plausible basis for general or specific personal jurisdiction over Evernorth, and there is none. Accordingly, the Court should dismiss Evernorth from the case.

**WHEREFORE**, for the reasons provided in the accompanying Brief in Support and exhibit attached thereto, Evernorth respectfully requests that this Court dismiss Plaintiff's claims against it in their entirety.

1

Dated: March 20, 2023

Respectfully submitted,

*/s/ Taylor Concannon Hausmann*
Taylor Concannon Hausmann, KS #26668
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T: 816.983.8319
F: 816.983.8080
taylor.hausmann@huschblackwell.com

*/s/ Jason R. Scherr*
Jason R. Scherr (*pro hac vice*)
Patrick A. Harvey (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS
1111 Pennsylvania Ave. NW
Washington, DC 20004
(202) 739-3000 (p)
(202) 739-3001 (f)
jr.scherr@morganlewis.com
patrick.harvey@morganlewis.com

*Attorneys for Evernorth Health, Inc.*