# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS, ex rel., DEREK SCHMIDT, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY et al.,<br><br>Defendants. | Case No. 23-cv-04002-EFM-RES |

## MANUFACTURER DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), Defendants Novo Nordisk Inc., Eli Lilly and Company, and Sanofi-Aventis U.S. LLC (the "Manufacturer Defendants") move to dismiss with prejudice Plaintiff's Complaint. In support of the motion, Manufacturer Defendants file herewith their Memorandum in Support.

Respectfully Submitted,

/s/ Gary L. Ayers
Gary L. Ayers, # 10345
Clayton J. Kaiser, #24066
gayers@foulston.com
ckaiser@foulston.com
**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Phone: (316) 267-6371
Fax: (316) 267-6345

James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Phone: (212) 450-4000
Fax: (212) 701-5800

1

Neal A. Potischman (*pro hac vice*)
Andrew D. Yaphe (*pro hac vice*)
neal.potischman@davispolk.com
andrew.yaphe@davispolk.com
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, California 94025
Phone: (650) 752-2000
Fax: (650) 752-2111

*Attorneys for Defendant Novo Nordisk Inc.*

-and-

/s/ Bryan E. Mouber
Bryan E. Mouber, #19710
bmouber@wallacesaunders.com
**WALLACE SAUNDES AUSTIN BROWN & ENOCHS CHARTERED – OP**
10111 W. 87th Street
Overland Park, KS 66212

Jason A. Feld (*pro hac vice*)
James F. Hurst (*pro hac vice*)
Andrew A. Kassof (*pro hac vice*)
Ryan J. Moorman (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
Jason.feld@kirkland.com
James.hurst@kirkland.com
akassof@kirkland.com
ryan.moorman@kirkland.com
diana.watral@kirkland.com
**KIRKLAND & ELLIS - Chicago**
300 N. LaSalle Street
Chicago, IL 60654
Phone: 312-862-2000
Fax: 312-862-2200

*Attorneys for Defendant Eli Lilly and Company*

-and-

/s/ Robert J. McCully
Robert J. McCully, #12433
rmccully@shb.com
**SHOOK, HARDY & BACON**
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

Shirlethia V. Franklin (*pro hac vice*)
Theresa C. Martin (*pro hac vice*)
William D. Coglianese (*pro hac vice*)
sfranklin@jonesday.com
tcoughlin@jonesday.com
wcoglianese@jonesday.com
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700

*Attorneys for Defendant Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2023, the foregoing was filed via the Court's Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to all attorneys of record.

/s/ Gary L. Ayers
Gary L. Ayers

Attorneys for Defendant Novo Nordisk Inc.
On Behalf of Manufacturer Defendants

3